

Jessica Ortiz
Molo Lamken LLP
430 Park Avenue
New York, New York 10022
T: 212.607.8165
F: 212.607.8161
jortiz@mololamken.com
www.mololamken.com

April 18, 2019

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Troy Samuels*, 19 Cr. 173 (PAE)

Your Honor:

    I represent Troy Samuels in the above-captioned case. I am submitting this letter to request that the Court schedule a conference as soon as is convenient. Mr. Samuels has repeatedly requested that I withdraw as his counsel. Despite my best efforts, the conflict between myself and Mr. Samuels appears irreconcilable.

    Due to previously scheduled business travel, I am unavailable on April 19 and April 22. However, I am available on April 23, in the late afternoon on April 25, and on April 26 at the Court's convenience.

                                                   Sincerely,

                                                   Jessica Ortiz

Cc:  Jacob Warren (via ECF)