UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

TROY SAMUELS,

                Defendant.

19-CR-173 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Defendant Samuels yesterday moved for a reduction of sentence based on Sentencing Guidelines Amendment 821 (Dkt. No. 68). The Government is directed to file its response no later than **February 6, 2024**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 30, 2024
      New York, New York